# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENDALL BROUGHTON,<br><br>    Plaintiff,<br><br>  v.<br><br>JAMES YATES, Warden, et al.,<br><br>    Defendants.<br>_____/ | 1:08-cv-00283 AWI SMS (PC)<br><br>ORDER GRANTING MOTION FOR SCREENING ORDER<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT<br><br>(DOC. #1) |

    This is a civil action filed by plaintiff Kendall Broughton ("plaintiff"), a state prisoner proceeding pro se. The action was removed from the Fresno County Superior Court to this court by defendants James Yates and F. Igbinosa ("defendants") on February 26, 2008, as a civil rights action pursuant to 42 U.S.C. § 1983. Incorporated as part of defendants' Notice of Removal was a motion for the court to screen plaintiff's complaint under 28 U.S.C. § 1915A(a) and to grant defendants an extension of time in which to file a responsive pleading.

    The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). Plaintiff's complaint alleges that between the years 2006 and 2007, his civil rights under the United States Constitution were violated, in part, when he was refused a transfer after an outbreak of "valley fever" at his place of incarceration, Pleasant Valley State Prison. Plaintiff also alleges that his rights were violated when he was prescribed medication for a prolonged period of time which resulted in health complications. Because defendants James Yates and F. Igbinosa were employees of the State

of California when the alleged events occurred, the court is required to screen the complaint. Therefore, defendants' motion for the court to screen the complaint shall be granted. In addition, good cause appearing, the motion for extension of time shall be granted.

      Based on the foregoing, IT IS HEREBY ORDERED that:

1. Defendant James Yates and F. Igbinosa's motion for the court to screen the complaint is GRANTED, and the court shall issue a screening order in due time;

2. Defendant James Yates and F. Igbinosa's are GRANTED an extension of time until thirty days from the date of service of the court's screening order in which to file a response to the complaint.

IT IS SO ORDERED.

**Dated:  March 13, 2008**              /s/ Sandra M. Snyder
                                                  UNITED STATES MAGISTRATE JUDGE