# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENDALL BROUGHTON, | CASE NO. 1:08-cv-00283-AWI-SKO PC |
| Plaintiff, | ORDER RE MOTION |
| v. | (Doc. 12) |
| JAMES YATES, et al., | |
| Defendants. | |

Plaintiff Kendall Broughton ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On January 22, 2010, Defendant Yates filed a motion requesting the Court to screen Plaintiff's first amended complaint pursuant to 28 U.S.C. § 1915A(a). (Doc. #12.) The Court screened Plaintiff's first amended complaint on August 26, 2010. (Doc. #15.) Defendant's request is therefore moot.

Defendant's motion also requests an extension of time to file a response to Plaintiff's first amended complaint. The Court's screening order determined that Plaintiff's first amended complaint failed to state any claims and recommended that this action be dismissed. The Court will grant Defendant's request for an extension of time. In the event that the recommendation is not adopted and this action is not dismissed, the Court will order Defendant to file a response to Plaintiff's first amended complaint and the deadline for such response will be set at that time.

IT IS HEREBY ORDERED that:

1. Defendant's request for the Court to screen Plaintiff's first amended complaint is DENIED as moot; and

2. Defendant's request for an extension of time is GRANTED. In the event that a response to Plaintiff's first amended complaint is necessary, the deadline for filing such response will be set at a later date.

IT IS SO ORDERED.

**Dated:   September 15, 2010**               /s/ Sheila K. Oberto
                                              UNITED STATES MAGISTRATE JUDGE